PHILOMENA BRENNAN ET AL., PLAINTIFFS IN ERROR, v. JOHN WATSON, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiffs in error, *Garret D. W. Vroom* and *William M. Lanning.*

For the defendant in error, *Symmes B. Hutchinson* and *Chauncy H. Beasley.*

PER CURIAM.

The judgment of the Supreme Court is affirmed.

*For affirmance* — THE CHANCELLOR, DEPUE, DIXON, GUMMERE, MAGIE, VAN SYCKEL, BOGERT, BROWN, KRUEGER. 9.

*For reversal*—None.